US

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

March 24, 2015

To:     Robert N. Trgovich
        UNITED STATES DISTRICT COURT
        Northern District of Indiana
        Hammond , IN 46320-0000

| | |
|---|---|
| No. 14-1959 | MIR S. IQBAL,<br>Plaintiff - Appellant<br><br>v.<br><br>TEJASKUMAR M. PATEL, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:12-cv-00056-JTM-APR<br>Northern District of Indiana, Hammond Division<br>District Judge James T. Moody | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 528.40 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 03/24/2015 |

RECORD ON APPEAL STATUS: No record to be returned

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** **Received by:**

_____  _____

form name: **c7_Mandate**(form ID: **135**)