UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MIR S. IQBAL,
        Plaintiff

   v.                                                Cause No. 2:12-CV-00056

TEJASHKUMAR M. PATEL,
WARREN JOHNSON and
S-MART PETROLEUM, INC.,
an Indiana Corporation
        Defendants
_____

WARREN JOHNSON and
S-MART PETROLEUM, Inc.
        Counterclaim Plaintiffs

   v.

MIR S. IQBAL
        Counterclaim Defendant

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Counterclaim Defendant Mir S. Iqbal, Defendant Tejashkumar M. Patel and Defendants/Counterclaim Plaintiffs Warren Johnson and S-Mart Petroleum, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Respectfully submitted,

LANGONE BATSON AND LAVERY

By: */s/ Christopher V. Langone*
    Christopher V. Langone

By: */s/ Mark T. Lavery*
    Mark T. Lavery
    Attorneys for Mir S. Iqbal

HACKMAN HEWLITT

By: */s/ Anthony S. Ridolfo*
    Anthony S. Ridolfo
    Attorney for Tejashkumar M. Patel

RYAN, MOORE, COOK & TRIPLETT

By: */s/ James D. Moore*
    James D. Moore, #9286-12

By: */s/ Phillip M. Triplett*
    Phillip M. Triplett, #31543-49
    Attorneys for Warren Johnson
    and S-Mart Petroleum, Inc.